### 26830. CALDWELL v. THE STATE.

GUERRY, J. 1. While it is true that where one suddenly, upon an emergency, acquires manual possession of a pistol for the purpose of defending himself, his family, or his property, he is not guilty of carrying a pistol without a license in violation of the Code, § 26-5103 (*Williams* v. *State*, 12 *Ga. App.* 84, 85, 76 S. E. 785; *Amos* v. *State*, 13 *Ga. App.* 140, 78 S. E. 866; *Harris* v. *State*, 15 *Ga. App.* 315, 85 S. E. 813); yet one is not authorized to carry a pistol about his person for the purpose of meeting any emergency that may arise, or an emergency which he unlawfully intends to create by his own act, without first procuring a license; and

if such carrying is done outside of his home or place of business, he is guilty of a violation of this section.

2. The evidence supported the verdict finding the defendant guilty.

*Judgment affirmed. Broyles, C. J., and MacIntyre, J., concur.*

DECIDED SEPTEMBER 24, 1938.

*Duke C. Meredith, J. S. Nunnally, Frank A. Bowers,* for plaintiff in error.

*John S. McClelland, solicitor, John A. Boykin, solicitor-general, J. W. LeCraw,* contra.

